# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSHUA SIMS,

    Plaintiff(s),

v.

JULIE WILLIAMS, et al.,

    Defendant(s).

Case No. 2:23-cv-00841-MMD-NJK

**ORDER**

Plaintiff has failed to update his address. *See* Docket Nos. 9, 11 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by May 10, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: April 18, 2024

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge