UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA SIMS,<br>　　　Plaintiff(s),<br>v.<br>JULIE WILLIAMS, et al.,<br>　　　Defendant(s). | Case No. 2:23-cv-00841-MMD-NJK<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff has failed to update his address. *E.g.*, Docket No. 11. "A party, not the district court, bears the burden of keeping the court apprised of any changes in [her] mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (*per curiam*); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file written notification of any change of address, and the local rules expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

On April 11, 2024, the Court noted that it appeared that Plaintiff had relocated to Three Lakes Valley Conservation Camp, but Plaintiff had not updated his address with the Court. *See* Docket No. 10 at 1. The Court ordered Plaintiff to update his address by May 10, 2024, and warned that failing to do so may result in dismissal. Docket No. 10 at 2, 3-4.[1] Upon receiving further mail returned undeliverable, on April 18, 2024, the Court again ordered Plaintiff to file a notice of change of address by May 10, 2024. Docket No. 12. The Court expressly warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE DISMISSAL OF THIS CASE**." *Id.* at 1 (emphasis in original). Despite those two orders and the warnings provided therein, Plaintiff has not updated his address.

---

[1] A courtesy copy of that order was sent to Plaintiff at Three Lakes Valley Conservation Camp. *See id.* at 4.

1

Plaintiff has disobeyed the local rules and the Court's orders requiring prompt updating of a litigant's address. Plaintiff's failure to update his address, his disobedience with the local rules, and his disobedience of the Court's orders are abusive litigation practices that have interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the orders of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, in light of the circumstances outlined above, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: May 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).