# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA SIMS, | Case No. 2:23-cv-00841-MMD-NJK |
| Plaintiff, | ORDER |
| v. | |
| JULIE WILLIAMS, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Joshua Sims, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), sued NDOC officials because he cut his hand on barbed wire on the top of a gate installed near the basketball court at the facility where he was in custody. (ECF No. 4 ("Complaint").) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 15), recommending that the Court dismiss this case without prejudice because of Sims' failure to update his address in compliance with the Court's Local Rules and despite several prior orders ordering him to do so. To date, no objections to the R&R have been filed.[1] Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Koppe warned Sims to update his address or face dismissal several times, but he did not. (ECF No. 15.) Having reviewed the R&R, Judge Koppe did not clearly err.

---

[1] Indeed, the R&R was returned as undeliverable, which is consistent with the pattern described in the R&R. (ECF Nos. 15, 16.)

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 15) is accepted and adopted in full.

It is further ordered that the Complaint (ECF No. 4) is dismissed, in its entirety, but without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 6th Day of June 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE